fore denies appellant's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We construe the judgment as dismissing without prejudice. *See Wyatt*, 315 F.3d at 1120.

Coleman's remaining contentions are unpersuasive.

**AFFIRMED.**

**Dennis Michael GIECK, Plaintiff—Appellant,**

v.

**Martin Earle LEVIN; et al., Defendants—Appellees.**

**No. 07–55476.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Dennis Michael Gieck, Calipatria, CA, pro se.

Karen M. Walter, Office of the California Attorney General, San Diego, CA, for Defendants–Appellees.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Dennis Michael Gieck, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to serious medical needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Sorrels v. McKee,* 290 F.3d 965, 969 (9th Cir.2002), and we vacate and remand.

The record does not indicate that the district court provided Gieck, who was *pro se,* with any notice under *Rand v. Rowland,* 154 F.3d 952 (9th Cir.1998) (en banc). Further, the error was not harmless because it does not appear that Gieck had recently received a *Rand* notice in any other litigation, and the record does not disclose that he had a complete understanding of the requirements of Federal Rule of Civil Procedure 56. *See id.* at 961–62.

Each party shall bear its own costs on appeal.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.